THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Terrence L.
 Cox, Appellant.
 
 
 

Appeal From Horry County
 Paula H. Thomas, Circuit Court Judge

Unpublished Opinion No.  2008-UP-528
 Submitted September 2, 2008  Filed
September 11, 2008 

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Dudek, South Carolina Commission on
 Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J.
 Zelenka, all of Columbia; and Solicitor John Gregory Hembree, of Conway, for
 Respondent.
 
 
 

PER CURIAM: 
 Cox was tried and convicted of murder,
 armed robbery, and four counts of assault and battery with intent to kill.  On appeal, Coxs counsel argues the trial court erred by refusing to admit
 evidence regarding the frequency of shootings in the neighborhood where the
 crimes occurred.  Cox also
 filed a pro se brief.  After a thorough review of the record and briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
ANDERSON, WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.